## No. 4828.

STATE ex rel. F. C. MAHAN *v.* JUDGE OF THE FIFTH DISTRICT COURT, parish of Orleans.

After an execution is injoined and a suspensive appeal taken from the judgment dissolving the injunction, the court is without power to order the sale of any part of the property under seizure and the proceeds to remain in the hands of the sheriff pending the appeal. The injunction bond is presumed to be ample protection to the plaintiff in execution, and until the injunction is finally determined, all proceedings in the case are suspended, except in regard to the appeal bond.

APPLICATION for a writ of prohibition directed to the Judge of the Fifth District Court, parish of Orleans. *Tissot*, Judge of the Second District Court, parish of Orleans, presiding in the absence of *E. N. Cullom*, Judge of said Fifth District Court. *John Ray*, for relator.

HOWELL, J. After an execution was injoined and a suspensive appeal taken from the judgment dissolving the injunction, the plaintiff and appellee moved to sell a part of the property under seizure, the proceeds to remain in the hands of the sheriff pending the appeal, which, on hearing the parties, was ordered. The defendant and appellant now asks a prohibition restraining the said sale on the ground that the court *a qua* is without jurisdiction to render such order. The judge answers that under the equitable power of the court to preserve the property under seizure, he ordered the sale, because the expense of keeping exceeded the value of the property.

The court was without power to render the order complained of after a suspensive appeal was taken. The injunction bond is presumed to be ample protection to the plaintiff in execution, and until the injunction is finally determined all proceedings in the case are suspended, except in regard to the appeal bond. Let the writ herein be made perpetual.